**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| YENMA PRENDERGAST, on behalf of herself and others similarly situated, | ) ) ) | Case No. 1:18-cv-07547 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| GENPACT COLLECTIONS, LLC and SYNCHRONY BANK, | ) ) ) ) | Hon. Judge John Robert Blakey Hon. Mag. Judge Maria Valdez |
| Defendants. | ) | |

## NOTICE OF DISMISSAL OF SYCHRONY BANK WITHOUT PREJUDICE

Plaintiff hereby voluntarily dismisses Synchrony Bank, only, from this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). This dismissal does not affect any other defendant.

Dated: January 9, 2019

Respectfully submitted,

YENMA PRENDERGAST, on behalf of herself and others similarly situated

By: /s/ Alexander H. Burke

Alexander Holmes Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
aburke@burkelawllc.com

David M. Marco
SMITHMARCO, P.C.
1111 Third Avenue W., Suite 220
Bradenton, FL 34205
Telephone: (312) 546-6539
dmarco@smithmarco.com

Larry P. Smith
SMITHMARCO, P.C.
55 W. Monroe St., Suite 1200
Chicago, IL 60603
Telephone: (312) 324-3532
lsmith@smithmarco.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that, on January 9, 2019, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                                                                       */s/ Alexander H. Burke*